384 A.2d 987

Commonwealth v. Lang, Appellant.

Argued November 14, 1977.   Richard P. Joseph, with him C. William Berger and Sallie Ann Radick, for appellant;  J. Steele, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed;  petition for reargument denied March 7, 1978.